# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM E. BRADLEY,
       PLAINTIFF

       v.

WAL-MART STORES, INC.,
A Delaware corporation,
       DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C07-5150FDB

\_\_\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Wal-Mart Stores, Inc.'s Motion for Summary Judgment [Dkt. #12]  is GRANTED.

Plaintiff's cause of action against Wal-Mart is DISMISSED WITH PREJUDICE.

March 13, 2008

BRUCE RIFKIN
Clerk

/s/  Pat LeFrois
_____
Deputy Clerk